IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY R. JACKSON | No. C 14-3131 MEJ (PR) |
| v. | **ORDER OF TRANSFER** |
| J. A. NORRIS, et al. | |

Plaintiff Freddy R. Jackson, a California state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. The acts complained of occurred while plaintiff was incarcerated at California Men's Colony in San Luis Obispo, which lies in the Central District of California. Venue, therefore, properly lies in the Central District and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: August 4, 2014

Maria-Elena James
United States Magistrate Judge