# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.A. NORRIS,<br><br>　　　　Defendant. | Case No. CV 14-6187 RGK (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered dismissing this action.

DATE:11/13/14_____　　　　_____
　　　　　　　　　　　　　　　　　HON.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE