# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY JACKSON,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>J.A. NORRIS,<br><br>　　　　Defendant. | Case No. CV 14-6187 RGK (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without leave to amend.

DATE: ____11/13/14_____      _____
　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE